MICHAEL W. DROKE, P.C. - SBN 162078
droke.michael@dorsey.com
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone:    (206) 903-8800
Facsimile:    (206) 903-8820

Attorneys for Defendants
CARLSON WAGONLIT TRAVEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KJARSTEN JOHNSON-PHILIPSEN,<br><br>Plaintiff,<br><br>v.<br><br>CARLSON WAGONLIT TRAVEL, INC., and DOES 1 TO 50,<br><br>Defendants. | CASE NO.<br><br>[LOS ANGELES COUNTY SUPERIOR COURT CASE NO: BC623613]<br><br>**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT (DIVERSITY)**<br><br>**28 U.S.C. §§ 1332 AND 1441 (B)**<br><br>[Filed concurrently with Appendix of State Court Documents; Certificate of Interested Parties; Civil Case Cover Sheet; Declaration of Michael W. Droke; Notice of No-Related Cases]<br><br>Action Filed: June 10, 2016<br>Trial: |

**PLEASE TAKE NOTICE THAT** Defendant CARLSON WAGONLIT TRAVEL, INC. ("Defendant" or "CWT") hereby invokes this Court's jurisdiction pursuant to 28 U.S.C. §§ 1332 (Diversity) and 1441(b), and removes this action from Superior Court of California, County of Los Angeles to the United States District Court, Central District of California, Western Division, pursuant to 28

1

U.S.C. § 1446(b).  Removal is proper for the grounds stated below.

## I.   PROCEDURAL BACKGROUND

1.   On June 10, 2016, Plaintiff Kjarsten Johnson-Philipsen ("Plaintiff") filed, but at that time did not serve, a civil complaint in the Superior Court of the State of California in the County of Los Angeles, entitled *"Kjarsten Johnson-Philipsen v. Carlson Wagonlit Travel, Inc.; and Does 1 to 50"* Case No. BC623613 ("State Court Action").

2.   The Complaint asserts the following four causes of action against CWT: (1) Wrongful Termination in Violation of Public Policy; (2) Violation of Labor Code §201; (3) Violation of Labor Code §203; and (4) Violation of Labor Code §1198.5.

3.   On June 22, 2016 Plaintiff served Defendant with the Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum and Statement of Location, Notice of Case Assignment and Voluntary Efficient Litigation Stipulations Packet.  Declaration of Michael M. Droke ("Droke Decl."), ¶¶ 2-3.  Service of process was effectuated on Defendant's agent, CSC-lawyers Incorporating Service, on August 5, 2015.  Droke Decl., ¶ 2 and Exhibit B thereto. At the same time Plaintiff served the Summons and Complaint, he served a copy of the Civil Case Coversheet and ADR Information Package.  *Id.* at ¶ 3.

4.   On July 19, 2016, Defendant filed an Answer to the Complaint.  Droke Decl., ¶ 4.

5.   The Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum and Statement of Location, Notice of Case Assignment, Voluntary Efficient Litigation Stipulations Packet, and Answer constitute all of the pleadings, process and orders served in the State Court Action.  *See* Droke Decl., ¶ 5.  True and correct copies of all the foregoing are attached as Exhibits A, B, C, D, and E to the Appendix of State Court Pleadings and Documents ("Appendix")

NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT (DIVERSITY)
CASE NO.

filed concurrently herewith.

## II.    COMPLETE DIVERSITY OF CITIZENSHIP EXISTS BETWEEN PLAINTIFF AND DEFENDANT

6.    As set forth below, complete diversity exists between Plaintiff, on the one hand, and Defendant, on the other hand.

### A.    Citizenship of Plaintiff

7.    As asserted by the Plaintiff in his complaint, the Plaintiff "is an individual who has been a resident of the County of Los Angeles, State of California, since approximately March, 2006." Complaint, ¶ 1.

### B.    Citizenship of Corporate Defendant

8.    Defendant is a corporation incorporated in the state of Delaware. Defendant's U.S. headquarters is located in Minnetonka, Minnesota.

## III.    PLAINTIFF SEEKS DAMAGES IN EXCESS OF $75,000.

9.    Plaintiff seeks "past and future earnings, loss of earning capacity, expenses incurred in seeking substitute employment, and the value of lost employment benefits, in an amount according to proof of trial … ." Complaint, p. 8.

10.    Plaintiff's salary while employed by Defendant was $160,000 per year and Plaintiff has been unemployed since his employment with Defendant ended on October 14, 2015. A true copy of Plaintiff's offer letter stating Plaintiff's $160,000 per year salary is attached to the Droke Decl. as Exhibit F.

11.    Based upon information and belief, as well as Plaintiff's prayer for "future earnings" in the Complaint, Plaintiff remains unemployed. As of the date of Notice of Removal, Plaintiff is therefore seeking over $120,000 in lost wages (9 months of lost wages at a rate of $160,000 per year).

12.    Plaintiff also seeks "[c]ompensatory damages for general loses resulting from emotional distress, embarrassment, humiliation, and mental anguish, in an amount according to proof at trial[.]" Complaint, p. 8,

NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT (DIVERSITY)
CASE NO.

## IV. DEFENDANT'S NOTICE OF REMOVAL IS TIMELY

13. Because the Complaint in this matter was served upon Defendant on June 22, 2016, and Defendant has filed its Notice of Removal within 30 days of service of the Complaint, Defendant's Notice of Removal is timely. 28 U.S.C. § 1446.

## V. DEFENDANT HAS SATISFIED ALL REQUIREMENTS TO REMOVE THIS CASE ON DIVERSITY GROUNDS

14. The parties in this matter are diverse, the amount in controversy exceeds $75,000, and Defendant's Notice of Removal is timely. This matter is within the original jurisdiction of the Court. 28 U.S.C. § 1332. Defendant therefore respectfully requests that this matter be removed under 28 U.S.C. §§ 1441(b) and 1446.

DATED: July 20, 2016.    DORSEY & WHITNEY LLP

s/Michael W. Droke
Michael W. Droke, CSBA#162078
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

Attorney for Defendant Carlson Wagonlit Travel, Inc.

4
NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT (DIVERSITY)
CASE NO.

# PROOF OF SERVICE

## STATE OF WASHINGTON, COUNTY OF KING

I am employed in the City of Seattle, County of King, State of Washington. I am over the age of 18 years and not a party to the within action. My business address is 701 Fifth Avenue, Suite 6100, Seattle Washington 98104. On July 20, 2016 I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:     NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT

SERVED UPON:     David B. Van Etten, #119049
Dvanetten@vstriallaw.com
Keith A. Sipprelle, #143358
ksipprelle@vstriallaw.com
VAN ETTEN SIPPRELLE LLP
2801 Townsgate Road, Suite 210
Westlake Village, CA 91361
Attorneys for Plaintiff

☐ (BY MAIL)  I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Seattle, Washington. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ (BY PERSONAL SERVICE)  I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☒ (BY FEDERAL EXPRESS)  I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ (BY ELECTRONIC MAIL)  The above-referenced document was transmitted in "pdf" format by electronic mail ("e-mail") to each of the e-mail addresses listed, and no errors were reported.

5

NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT (DIVERSITY)
CASE NO.

⊠ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on July 20, 2016, at Seattle, Washington.

*s/Stefanie A. Jaswal*
Stefanie A. Jaswal

NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT (DIVERSITY)
CASE NO.

4827-8666-5778\3